UNITED STATES DISTRICT COURT     **CLOSED**
DISTRICT OF NEW JERSEY

```
TROY MCGEE                      :

                                :        Civil 08-5330(SDW)
         v.
                                :        ORDER DISMISSING CASE
BERGEN COUNTY JAIL, et al              pursuant to L. Civ. R. 41.1
                                :
```

It appearing to the Court that the above case has been pending for more than four months without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

It is on this 8th day of March, 2010,

O R D E R E D that the above case be and the same hereby is dismissed in accordance with L. Civ. R. 41.1 without prejudice and without cost to either party.

S/Susan D. Wigenton
SUSAN D. WIGENTON
United States District Judge
